UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DIANA WILLIAMS
    Plaintiff,

v.                                    Case No.: 6:22-cv-1881

COUNTRY BARN CAFÉ LLC
    A Florida limited liability company
And RHONDA WRIGHT
    Individually,
_____/

## NOTICE OF REMOVAL

Defendant COUNTRY BARN CAFÉ LLC ("BARN") and RHONDA WRIGHT ("WRIGHT") (Collectively, "Defendants") by counsel, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby notices removal of the state court civil action known as Diana Williams v Country Barn Café, LLC, et al. Case No. 05-2022-CA-041336 from the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida to the United States District Court for the Middle District of Florida, and in support thereof states as follows.

1. On or about August 12, 2022, Plaintiff, DIANA WILLIAMS("Plaintiff") filed a Complaint against Defendant (the "Complaint") in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida (the "State Court"). A true and correct copy of the Complaint is attached hereto as Exhibit 1.

2. On September 12, 2022, Wright was substitute served with a Summons and copy of the Complaint.

3. Except for the notice filed with respect to this Notice of Removal, as of the date of this filing, no pleadings, motions or papers other than the Complaint, have been filed with the State Court in this action.

4. As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Coastal has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

## GROUNDS FOR REMOVAL

### I. Defendants Have Satisfied the Procedural Requirements for Removal.

5. Wright received the Summons and Complaint on September 12, 2022. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because Coastal is filing its Notice of Removal within thirty (30) days of its receipt of the initial pleading setting forth the claim for relief upon which such action is based.

6. This Court is the proper division because it embraces the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, where Plaintiff's action is pending. *See* 28 U.S.C. §§ 1441 and 1446(a).

7. No previous request has been made for the relief requested herein.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on the Plaintiff, and a copy is being filed with the State Court Clerk. A copy of the State Court Notice of Filing of Notice of Removal, without its exhibits, is attached hereto as **Exhibit 2**.

9. All state record activity will be attached as exhibits.

## II. Removal Is Proper Because This Court Has Subject Matter Jurisdiction.

10. Under 28 U.S.C. § 1331, United States District Courts are vested with jurisdiction to consider cases or controversies "arising under" the laws of the United States of America. *See* 28 U.S.C. § 1331.

11. Removal of such cases is governed by 28 U.S.C. § 1441(a). Section 1441(a) states that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

12. Here, Plaintiff's Complaint purports to assert a claim against Defendants for alleged violations of the Fair Labor Standards Act 29 USC §201-219(the "FLSA") *See* Complaint ¶1.

13. Plaintiff's Complaint alleges violations of a federal statute—the FLSA—and consequently "arises under" the laws of the United States. *See* 28 U.S.C. §

1331. Therefore, this Court may properly exercise jurisdiction over these claims.

14. Given that the requirements for federal question jurisdiction are satisfied, this case is properly removed.

WHEREFORE, Defendant, COUNTRY BARN CAFÉ LLC And RHONDA WRIGHT, by counsel, respectfully requests that the above-referenced action, originally filed in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted on this 12th day of October 2022.

ARCADIER, BIGGIE & WOOD, PLLC

*/s/ Joseph C. Wood, Esquire*
Joseph C. Wood, Esquire
Florida Bar No.: 0093839
Maurice Arcadier, Esquire
Florida Bar No. 0131180
2815 W. New Haven, Suite 304
Melbourne, Florida 32904
Primary Email: Office@abwlegal.com
Secondary Email: Wood@abwlegal.com
Phone: (321) 953-5998
Fax: (321) 953-6075

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of October 2022, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.